Jason Hight (SBN 350574)
Law Office of Jason Hight
6366 Commerce Blvd., #346
Rohnert Park, CA 94928
(707) 230-0095
Jasonhight.law@gmail.com

Attorney for Plaintiff,
Patricia Lanier

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA LANIER,<br><br>                Plaintiff,<br><br><br><br><br><br><br>CITY OF LAKEPORT AND DOES 1 THROUGH 100,<br><br>                Defendants | 1:26-cv-04502-RMI<br><br>**STIPULATION TO ALLOW PLAINTIFF TO AMEND THE COMPLAINT**<br><br>Hon. Robert M. Illman<br><br>Hearing Date: August 18, 2026<br>Hearing Time: 11:00 a.m. |

**STTIPULATION TO PERMIT FILING OF FIRST AMENDED COMPLAINT AND**

**[PROPOSED] ORDER**

     Plaintiff, Patricia Lanier, and Defendants, City of Lakeport and DOES 1 through 100, (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

     1. Pursuant to Federal Rules of Civil Procedure 15(a)(2), the Parties stipulate that Plaintiff may filed a First Amended Complaint.

2. Plaintiff shall file and serve the First Amended Complaint (attached hereto as Exhibit 1) on or before July 10, 2026.

3. Defendants shall answer, move, or otherwise respond to the First Amended Complaint within 20 days after filing and service of the First Amended Complaint.

4. This stipulation is made in good faith, without undue delay, and without intent to cause prejudice, and the Parties agree that permitting the amendment will not unduly prejudice any party.

IT IS SO STIPULATED.

Dated June 26, 2026

Law Office of Jason R. Hight, Inc

By: _____
Jason R. Hight
Attorney for Plaintiff

Castillo Moriarty Robinson

By: /s/ Patrick Moriarty
Patrick Moriarty
Attorney for Defendants

2
FIRST AMENDED COMPLAINT - 1:26-CV-04502-RMI

**[PROPOSED] ORDER**

Having considered the Parties' stipulation and good cause appearing, the Court orders as follows:

1. Plaintiff is granted leave to file the First Amended Complaint.

2. Plaintiff shall file and serve the First Amended Complaint on or before July 10, 2026

3. Defendants shall answer, move, or otherwise respond to the First Amended Complaint within 20 days after filing and service of the First Amended Complaint.

IT IS SO ORDERED.

Dated:  June 30, 2026

_____
Hon. Robert M. Illman
United States District Judge

FIRST AMENDED COMPLAINT - 1:26-CV-04502-RMI